# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **SCOTT M. WASELIK,**<br><br>**Plaintiff,**<br><br>v.<br><br>**TOWNSHIP OF SPARTA, et al.,**<br><br>**Defendants.** | Civ. No. 16-4969 (KM-JBC)<br><br>**ORDER** |

THIS MATTER having come before the court on the motion of the defendants seeking to enforce what they regarded as the terms of the settlement (DE 49), and the cross-motion of the plaintiff to enforce what he regarded as the terms of the settlement (DE 52); and

IT APPEARING that the Hon. James B. Clark, III, U.S. Magistrate Judge, carefully analyzed the case and filed a Report and Recommendation ("R&R") that both motions be denied (DE 53); and

IT APPEARING that the 14-day deadline has passed, and no objection to the R&R has been filed by either party, see Fed. R. Civ. P. 72(b), L. Civ. R. 72.1c(2); and

THE COURT having nevertheless reviewed the R&R and found itself in agreement with Judge Clark, who presided over the settlement discussions, that the parties failed to reach agreement as to confidentiality, an essential term of the settlement from the point of view of both;

IT IS THEREFORE this 18th day of November, 2019,

ORDERED as follows:

1. The R&R (DE 53) is AFFIRMED and ADOPTED as an order of the Court;

2. The defendants' motion to enforce settlement (DE 49) and the plaintiff's cross-motion motion to enforce settlement (DE 52) are both DENIED, in accordance with the R&R.

**HON. KEVIN MCNULTY**
**United States District Judge**